# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARIO J. EARL,<br>Defendant. | NO. 09-CR-006 JLR<br>09-CR-007 JLR<br><br>[PROPOSED] ORDER GRANTING COUNSEL'S MOTION FOR EXTENSION OF TIME |



This matter comes before the Court on counsel J. Talitha Hazelton's motion for extension of time. Having thoroughly considered the filings, and based on the facts set forth in Defendant's motion, the Court finds an extension of time is warranted and ORDERS:

1. The motion for extension of time is GRANTED;

2. The responsive pleading deadline of JUNE 14, 2019 set by the Court on June 6, 2019 (Dkt. No. 298) is hereby extended to JUNE 28, 2019.

DATED this 14th day of June 2019.

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING COUNSEL'S MOTION
FOR EXTENSION OF TIME - 1

ESPADA CRIMINAL DEFENSE
1001 Fourth Ave., Ste. 3200
Seattle, Washington 98154
Tel (206) 467-5987 ♦ Fax (888) 234-9033